# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00259-CR

**Ex parte Rhonda Lee Glover**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
NO. 3041561, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

At a hearing in the district court, appellant and her retained counsel stated that she did not desire to pursue this appeal. *See* Tex. R. App. P. 38.8(b)(2). The appeal is dismissed.

_____

David Puryear, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed

Filed: October 18, 2005

Do Not Publish